```
_____ FILED _____ LODGED
         _____ RECEIVED
           Apr 10 2023
       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MATTHEW GREENWOOD, <br><br> Defendant. | NO. 3:23-cr-05097-DGE <br><br> **INFORMATION** |

The United States Attorney charges that:

<u>**COUNT ONE**</u>

**Conspiracy to Destroy Energy Facilities**

On or about December 25, 2022, at Pierce County, within the Western District of Washington, MATTHEW GREENWOOD and coconspirator 1 did knowingly and willfully conspire to damage the property of an energy facility in any amount, and to cause a significant interruption and impairment of a function of an energy facility, namely, the energy facilities known as the Hemlock Substation, the Elk Plain Substation, the Graham Substation, and the Kapowsin Substation.

//

//

Information - 1
*United States v. Greenwood*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 1366(a).

DATED this __10th__ day of April, 2023.

_____
NICHOLAS W. BROWN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

Information - 2
*United States v. Greenwood*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970