The Honorable David G. Estudillo
The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GREENWOOD,<br><br>Defendant. | NO. CR23-5097 DGE<br><br>NOTICE OF RELATED CASE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY CRAHAN,<br><br>Defendant. | NO. CR23-5167 BHS<br><br>NOTICE OF RELATED CASE |

## I.    PROCEDURAL HISTORY

On December 31, 2022, the government filed a Criminal Complaint charging defendants Matthew Greenwood and Jeremy Crahan with *Conspiracy to Damage Energy Facilities*, in violation of Title 18, United States Code, Section 1366. MJ23-5000, Dkt. 1.

On January 3, 2023, Greenwood and Crahan made their initial appearances on the charges contained in the Complaint. Defense counsel were appointed for both defendants on that same day. MJ23-5000, Dkt. 10.

Notice of Related Case – 1
*United States v. Greenwood/Crahan*
(CR23-5097 DGE/CR23-5167 BHS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On January 12, 2023, and again on March 2, 2023, at the joint request of the parties, the Court entered an Order extending the time for indictment, under Title 18, United States Code, Section 3161(b). MJ23-5000, Dkt. 27, 47.

On April 24, 2023, Greenwood entered a guilty plea, pursuant to a Plea Agreement, to the offense of *Conspiracy to Damage Energy Facilities*, in violation of Title 18, United States Code, Section 1366. The case was assigned Case Number CR23-5097 DGE.

On May 17, 2023, the government filed an Indictment charging Crahan with the same offense, *Conspiracy to Damage Energy Facilities*, in violation of Title 18, United States Code, Section 1366, and four related substantive counts of *Destruction of an Energy Facility*, in violation of the same statute. All counts in the Indictment name Matthew Greenwood as a co-conspirator and accomplice in the crimes charged against Crahan. The case against Crahan was assigned Case Number CR23-5167 BHS.

## II. DISCUSSION

Local Criminal Rule 13 encourages counsel "to file a notice of related case in order to bring such cases to the Court's attention." The Court may reassign criminal cases pursuant to Local Criminal Rule 13 which provides:

> (a) **Common Questions**.  When criminal cases involving common questions of law and fact (but not necessarily the same parties) are assigned to different judges, there may be good reason to assign all of said cases to one judge. Such may be assigned to the judge to whom the case bearing the earliest filing number was assigned, at his or her option.

The cases against Greenwood and Crahan involve identical and fully overlapping issues of law and fact. The defendants committed the crimes together and were originally charged jointly by Complaint. The only reason they are now charged separately is that Greenwood elected to plead guilty to an Information while Crahan's case proceeded by way of an Indictment.

Notice of Related Case – 2
*United States v. Greenwood/Crahan*
(CR23-5097 DGE/CR23-5167 BHS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

For these reasons, the government submits this notice advising the Court that these two cases are related and submits that reassignment to the same judge may be in the interest of judicial economy.

DATED this 18th day of May, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 s/ Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2636
Email: Todd.Greenberg4@usdoj.gov

Notice of Related Case – 3
*United States v. Greenwood/Crahan*
(CR23-5097 DGE/CR23-5167 BHS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970